IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Jeffrey Smith, et al., :
:
      Plaintiff(s), :
: Case Number: 1:10cv718
vs. :
: Chief Judge Susan J. Dlott
Indian Hill Exempted Village School District, :
:
      Defendant(s). :

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Stephanie K. Bowman filed on May 17, 2012 (Doc. 69), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired June 4, 2012, hereby ADOPTS said Report and Recommendation.

Accordingly, defendants' motion for attorney fees is **DENIED** (Doc. 53), but without prejudice to renew following the conclusion of the pending appeal before the Sixth Circuit Court of Appeals.

      IT IS SO ORDERED.


      ___s/Susan J. Dlott_____
      Chief Judge Susan J. Dlott
      United States District Court