IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| Jeffrey Smith, : | |
| : | |
| Plaintiff(s), : | |
| : | Case Number: 1:10cv718 |
| vs. : | |
| : | Chief Judge Susan J. Dlott |
| Indian Hill Exempted Village School, : | |
| : | |
| Defendant(s), : | |

ORDER

This matter is before the Court pursuant to the Order of General Reference in the United States District Court for the Southern District of Ohio Western Division to United States Magistrate Judge Stephanie K. Bowman.  Pursuant to such reference, the Magistrate Judge reviewed the pleadings and filed with this Court on October 22, 2012 a Report and Recommendation (Doc. 77).  Subsequently, the plaintiff filed objections to such Report and Recommendation (Doc. 78).

The Court has reviewed the comprehensive findings of the Magistrate Judge and considered de novo all of the filings in this matter. Upon consideration of the foregoing, the Court does determine that such Recommendation should be adopted.

Accordingly, it is **ORDERED** that defendant's renewed motion for attorneys' fees (Doc. 73) is **GRANTED** and this Court enters a judgment in the amount of $41,880.50 in fees, costs, and expenses in favor of the Defendant Indian Hill Exempted Village School District Board of Education and against Plaintiff Jeffrey Smith.

IT IS SO ORDERED.

　　　　　　　　　　　　　　　　　　　___s/Susan J. Dlott_____
　　　　　　　　　　　　　　　　　　　Chief Judge Susan J. Dlott
　　　　　　　　　　　　　　　　　　　United States District Court