UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

FILED
JOHN P. HEHMAN
CLERK

JEFFREY SMITH, ET AL.,      :     CASE NO. 1:10-CV-00718

       PLAINTIFF,     :

                      :     Chief Judge Susan J. Dlott
                      :     Mag. Judge Stephanie K. Bowman

                      :     to also be copied to the docket of
                      :     1:12-CV-00648,Judges Spiegel,
                         Litkovitz, as consolidated case.

**PLAINTIFFS' CALL TO
ACTION:**



       VS.

INDIAN HILL EXEMPTED     :
VILLAGE SCHOOL DISTRICT, ET AL.     :
(of standing today by appeal decree
federal docket entries consolidated)

                      :

        In Call to Action, the Plaintiffs now move the Court to reserve all "Rule 68"
rights including recovery of "other related costs" only to the prevailing Plaintiffs in
standing aggrieved by due process withheld without opportunity for defense in trial.
Judgment lacking jurisdiction as on December 31, 2012 is moot by prior November
1, 2012 decree of the 6th Circuit Federal Court of Appeals.  Due Process withheld
and failure to Prosecute is a violation of the Plaintiffs and in Ohio a criminal act
because JMS is a victim.  Now that trial cannot occur as statutory intent joined by
the federal appeal decree is denied and a federal decree violated in malice with this
notice, two federal judges and two magistrates can be found guilty without safe
harbor and without immunity by exception.  Plaintiffs do not need here to re-argue
what was clearly joined on November 1, 2012 by the 6th Circuit Federal Court of
Appeals.  Their fellow judges in the appeals since August 2008 also stand as
perpetrators unprotected in their silence and their violations rose to liability and